John H. Taylor, Respondent, v. The World To-Day Company, Appellant.— Appeal dismissed, without costs upon stipulation filed.

Charles M. Lane, Respondent, v. Albert O. Fenn and Others, Appellants.— Motion to dismiss appeal denied, with ten dollars costs. All concurred, McLennan, P. J., not sitting.

In the Matter of the Application of Clark H. Hammond, as Corporation Counsel of the City of Buffalo, New York, Appellant, Respondent, for a Peremptory Writ of Mandamus against George A. Ricker and Others, Constituting the Municipal Civil Service Commission of the City of Buffalo, and Louis P. Fuhrmann, as Mayor of Said City, Respondents, Appellants.— Order of reversal entered July 12, 1910, amended *nunc pro tunc* so as to read as follows: " Order reversed and proceeding dismissed, without costs, upon the ground, *first*, that as matter of law the State Civil Service Commission was a necessary party; *second,* that even if it was not a necessary party as matter of law, it was a proper party and the proceeding should not have been determined without its presence as a party. Opinion by Williams, J. All concur." (See *ante*, p. 19.)

Philip A. Landel, Respondent, v. George W. Mitchell, Appellant— Judgment and order affirmed, with costs. All concurred.

Mary Yuzwiczki, as Administratrix, etc., of John Yuzwiczki, Deceased, Respondent, v. The Solvay Process Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Kruse, J., who dissented upon the ground that the making and keeping safe the working place of the plaintiff's intestate and his fellow-workmen was a part of their work and any want of care in that respect, even by the foreman, resulting in injury to the workman, does not constitute actionable negligence against the employer under the rules of the common law.

Earl Ives, Respondent, v. The South Buffalo Railway Company, Appellant.— Judgment affirmed, with costs. All concurred, except Williams, J., who dissented.

The Rathbunville Union Cemetery Association, Respondent, v. George W. Betson, Appellant.— Judgment affirmed, with costs. All concurred, except Williams, J., who dissented upon the ground that the evidence does not show that the plaintiff has title to the property where the fence is located or any such interest in it as to entitle it to maintain the action.

Holland Patent Milk and Cream Company, Respondent, v. Grant C. Rowland, Appellant.— Judgment and order affirmed, with costs. Held, that the defendant by his admissions and conduct upon the trial waived every defense except the affirmative one alleged in paragraph 3 of the answer, which was not established. We do not pass upon the contract set out in the complaint or the right of the plaintiff to recover except by reason of the waiver referred to. All concurred.

Burton E. Sayles, as Executor and Trustee under the Last Will and Testament of Louisa Sayles, Deceased, Appellant, v. Charles Oster and Elmer Mack, Respondents.— Order requiring plaintiff to pay costs of former litigation reversed and motion denied. Order requiring plaintiff to give security for costs in this action affirmed, without costs to either party. All concurred.